NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1398

SCOTT HARRISON

VERSUS

STEPHEN MICHAEL DEVINE, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-1891
HONORABLE DAVID KENT SAVOIE, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

**AFFIRMED IN PART AND DISMISSED IN PART.**

John E. Bergstedt
The Bergstedt Law Firm
P. O. Box 1884
Lake Charles, LA 70602
(337) 436-4600
Counsel for: Defendant/Appellee
Dr. George Hutchinson

**Terry Jay Johnson**
**P. O. Box 849**
**910 Ford St.**
**Lake Charles, LA 70601**
**(337) 433-1414**
**Counsel for: Defendant /Appellee**
**Lake Charles Safe & Lock Co.**

**John Gregory Bergstedt**
**Bergstedt Law Firm**
**One Lakeshore Dr., #800**
**Lake Charles, LA 70601**
**(337) 436-4600**
**Counsel for: Defendant/Appellee**
**Joni Morrel**

**Benjamin Joseph Guilbeau**
**Stockwell, Sievert, Viccellio**
**P. O.  Box 2900**
**Lake Charles, LA 70602-2900**
**(337) 436-9491**
**Counsel for: Defendant/Appellee**
**Christus St. Patrick Hospital**

**Scott Harrison**
**In Proper Person**
**2511 Bonito St.**
**Lake Charles, LA 70605**